IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MARK OTIS BOATWRIGHT,       *

    Plaintiff,       *

vs.       *

        CASE NO. 4:11-CV-07 (CDL)

W. W. ADAMSON, et al.,       *

    Defendants       *

## ORDER ON RECOMMENDATION OF DISMISSAL BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on January 31, 2011 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

Plaintiff is also notified that if he files any future pleadings that the Court deems legally frivolous, he will be designated as a vexatious litigant which will require him to seek Court approval prior to filing future actions.

IT IS SO ORDERED, this 16th day of February, 2011.

                                        S/Clay D. Land
                                          CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE